| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| * * * | |
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br>v.<br><br>WEST-WARD PHARMACEUTICALS CORP. and WEST-WARD PHARMACEUTICALS INTERNATIONAL LIMITED,<br><br>Defendants. | Case No. 2:16-cv-02525-MMD-NJK<br><br>*and related cases* |
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br>v.<br><br>DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD.<br><br>Defendants. | Case No. 2:16-cv-02562-MMD-NJK |
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | Case No. 2:16-cv-02658-MMD-NJK |
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br>v. | Case No. 2:17-cv-02641-RFB-GWF<br><br>CONSOLIDATION ORDER |

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., | |
| Defendants. | |

Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited and Defendant Teva Pharmaceuticals USA Inc. have filed Joint Motions to Consolidate in Case Nos. 2:16-cv-02525-MMD-NJK (ECF No. 86) and 2:17-cv-02641-RFB-GWF (ECF No. 14), informing the Court that the above referenced cases involve many common questions of law and fact. In the interest of judicial economy, the presiding district judges in these actions have preliminarily determined that these cases are related and that good cause exists to transfer Case No. 2:17-cv-02641-RFB-GWF to District Judge Miranda M. Du and Magistrate Judge Nancy J. Koppe under LR 42-1(b).

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to transfer Case No. 2:17-cv-02641-RFB-GWF to District Judge Miranda M. Du and Magistrate Judge Nancy J. Koppe. IT IS FURTHER ORDERED that the Clerk of Court is directed to consolidate Case No. 2:17-cv-02641-RFB-GWF with Case Nos. 2:16-cv-02525-MMD-NJK, 2:16-cv- 02562-MMD-NJK, and 2:16-cv-02658-MMD-NJK, and all future pleadings must bear Case No. 2:16-cv-02525-MMD-NJK.[1]

DATED THIS 6th day of November 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

---

[1] Case Nos. 2:16-cv-02562-MMD-NJK and 2:16-cv-02658-MMD-NJK were previously consolidated with Case No. 2:16-cv-02525-MMD-NJK. (Case No. 2:16-cv-02658-MMD-NJK, ECF No. 23; Case No. 2:16-cv-02562-MMD-NJK, ECF No. 28; Case No. 2:16-cv-02525-MMD-NJK, ECF No. 30.)